November 15, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

TRIPLE 8 VENTURE CORPORATION D/B/A TRIPLE 8 CONSULTING, Appellant

NO. 14-11-00740-CV              V.

BLANKENSHIP REALTY CONSULTANTS GROUP, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 27, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by TRIPLE 8 VENTURE CORPORATION D/B/A TRIPLE 8 CONSULTING.

We further order this decision certified below for observance.